# UNITED STATES DISTRICT COURT
for the

MIDDLE District of ALABAMA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CECIL CHAMBERS | ) Case No: 1:97cr215-003-WKW |
| | ) USM No: 10289-002 |
| Date of Previous Judgment: 12/1/1998 | ) Paul Cooper |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144__ months **is reduced to** __113__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 130 to 162 months | Amended Guideline Range: | 110 to 137 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __12/1/1998__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _March 10, 2008_

Effective Date: _March 20, 2008_
(if different from order date)

Judge's signature

__W. KEITH WATKINS, U. S. DISTRICT JUDGE__
Printed name and title